JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KLISURES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and, NATIONAL SURGICAL HOSPITALS OF AMERICA, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 2:20-cv-06582 RSWL (GJSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Ronald S.W. Lew |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-06582 RSWL (GJSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 29, 2021

/S/ RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

1